(Official Form 1) (10/05)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Williams Industrial Services Group, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc Sec./Complete EIN or other Tax I D No (if more than one, state all).<br>**20-2512666** | Last four digits of Soc Sec./Complete EIN or other Tax I D No. (if more than one, state all). |
| Street Address of Debtor (No & Street, City, and State):<br>**2076 West Park Place**<br>**Stone Mountain , Georgia**    ZIPCODE **30087** | Street Address of Joint Debtor (No & Street, City, and State):    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Dekalb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above).<br>**Various, including USA, Brazil, Hong Kong, Mexico, China and The Netherlands** | ZIPCODE |

| Type of Debtor (Form of Organization)<br>(Check one box ) | Nature of Business<br>(Check all applicable boxes ) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below )<br><br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U S C § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3) | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9   ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br>**Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ■ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only) Must attach signed application for the court's consideration See Official Form 3B | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U S C § 101(51D)<br>■ Debtor is not a small business debtor as defined in 11 U S C § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million |

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors (consolidated basis)* | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets (consolidated basis)* | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

| Estimated Debts (consolidated basis)* | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Represents consolidated financial information for Global Power Equipment Group Inc and its affiliated debtors as set forth on Annex "A". This does not

(Official Form 1) (10/05)                                                                                                                FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Williams Industrial Services Group, L.L.C.** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See attached Annex "A"** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)          Date |

| Exhibit C | Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s) |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No | ☐  I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐  I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                                                          **FORM B1**, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Williams Industrial Services Group, L.L.C.** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    _____
    Telephone Number (If not represented by attorney)

    _____
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

    _____
    Printed Name of Foreign Representative

    _____
    Date

---

**Signature of Attorney**

X _____
    Signature of Attorney for Debtor(s)
    **Jeffrey M. Schlerf**
    Printed Name of Attorney for Debtor(s)

Thomas E Lauria           Jeffrey M. Schlerf
Gerard Uzzi               THE BAYARD FIRM
WHITE & CASE LLP       222 Delaware Ave., Suite 900
200 S. Biscayne Blvd., Suite 4900  Wilmington, DE 19899
Miami, Florida 33131       Phone: (302) 655-5000
Phone: (305) 371-2700     Fax: (302) 658-6395
Fax: (305) 358-5744

Date: September 28, 2006

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

---

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

    Larry Edwards
    _____
    Printed Name of Authorized Individual

    Manager
    _____
    Title of Authorized Individual

Date: September 28, 2006

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Annex A
## Bankruptcy Cases Concurrently Filed By
## Any Partner or Affiliate of the Debtor

**The Debtor and each of the affiliated entities listed below filed in this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code:**

WSServices, LP

Deltak Construction Services, Inc.

Global Power Professional Services, L.L.C.

Williams Plant Services, LLC

Braden Construction Services, Inc.

Deltak, L.L.C.

Williams Industrial Services, LLC

Williams Specialty Services, LLC

Braden Manufacturing, L.L.C.

Global Power Equipment Group Inc.

Williams Industrial Services Group, L.L.C.

**In addition, at the time of filing of these voluntary petitions, these entities collectively filed a motion seeking entry of an order jointly administering and consolidating for administrative purposes only these chapter 11 cases.**

## CERTIFIED COPY OF THE RESOLUTIONS OF
## THE SOLE MANAGER OF
## <u>EACH OF THE ENTITIES LISTED ON EXHIBIT A</u>

The undersigned, hereby certifies:

1.    The undersigned is the duly elected and incumbent manager of each of the entities listed on Exhibit A (each, a "LLC").

2.    Attached hereto is a true and correct copy of resolutions of the Sole Manager of the LLC adopted and recorded in the Minute Book of the LLC on September 28, 2006, which resolutions are in full force and effect and have not been amended, modified or rescinded.

IN WITNESS WHEREOF, I have hereunto set my hand this 28th day of September, 2006.

Name: Larry Edwards
Title:   Sole Manager

Exhibit A

The LLCs

Williams Industrial Services Group, L.L.C.

Global Power Professional Services, L.L.C.

Braden Manufacturing, L.L.C.

Deltak, L.L.C.

Williams Industrial Services, LLC

**MINUTES OF A MEETING OF THE SOLE MANAGER
OF THE ENTITIES LISTED ON SCHEDULE A ATTACHED HERETO
SEPTEMBER 28, 2006**

The sole manager of the limited liability companies listed on <u>Schedule A</u> (each an "LLC"), held meetings on September 28, 2006 pursuant to a meeting called for each LLC by Larry Edwards. In attendance at each meeting were Larry Edwards, the sole manager, and Candice Cheeseman.

Larry Edwards acted as Chairman and presided over the meeting. Candice Cheeseman was appointed and acted as secretary of each meeting.

The Chairman called each meeting to order and announced that the purpose of the meeting was, among other things, to authorize the filing of a petition (the "Petition") by the LLC seeking relief under the provisions of chapter 11, title 11 of the United States Code (the "Bankruptcy Code").

After discussion and review of the form of the Petition, the following resolutions, among others, were duly made and seconded and unanimously adopted by the sole manager of each LLC.

NOW, THEREFORE, it is:

RESOLVED, that Candice Cheeseman shall be and hereby is appointed as the secretary of the meeting of the sole manager of the LLC (the "Secretary of the Meeting"); and it is further

RESOLVED, that in the judgment of the Manager of the LLC, it is desirable and in the best interests of the LLC, its creditors, members and other interested parties, that the LLC file a Petition seeking relief under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that the foregoing chapter 11 Petition is approved in all respects, and that the Manager of the LLC (the "Authorized Persons") be, and they hereby are, authorized, empowered and directed, on behalf of the LLC, to execute the Petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware at such time as the Authorized Persons executing said petition shall determine; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized, empowered and directed to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with the prosecution of the chapter 11 case, and in connection therewith for the Authorized Persons to retain and employ all assistance by legal counsel or otherwise,

which they may deem necessary or proper with a view to the successful prosecution of the chapter 11 case; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and empowered to retain on behalf of the LLC, the law firm of White & Case LLP, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to, and to represent, the LLC in connection with the chapter 11 proceedings; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and empowered to retain on behalf of the LLC, the Bayard Firm, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to, and to represent, the LLC in connection with the chapter 11 proceedings; and it is further

RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the LLC the firm of AlixPartners LLC, upon such terms and conditions as the Authorized Persons shall approve, to render services to the LLC in connection with the chapter 11 proceedings; and it is

RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the LLC the firms of A&M Securities, LLC and A&M, LLC, upon such terms and conditions as the Authorized Persons shall approve, to render services to the LLC in connection with the chapter 11 proceedings; and it is

RESOLVED, that the Authorized Persons be, and they hereby are, authorized and empowered to retain on behalf of the LLC, other attorneys, financial advisors, communications and public relations consultants, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the LLC's chapter 11 case, upon such terms and conditions as the Authorized Persons shall approve, to assist the LLC in connection with the chapter 11 proceedings on such terms as are deemed necessary, proper and desirable; and it is further

RESOLVED, that in connection with the commencement of the chapter 11 case, the Authorized Persons be, and they hereby are, authorized and empowered on behalf of the LLC, to negotiate, execute and deliver a debtor in possession loan facility or other form of credit support or enhancement (including, in connection therewith, such notes, security agreements and other agreements or instruments as such Authorized Persons consider appropriate) on the terms and conditions as such Authorized Person executing the same may consider necessary, proper or desirable (including the granting of liens, security interests and superpriority chapter 11 administrative claims and the guaranteeing of affiliate obligations), such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreement or instruments on behalf of the LLC and/or file such pleadings as may be necessary to make sure debtor-in-possession facility or other form of credit support or enhancement binding and effective with the Bankruptcy Court in respect thereof; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Person to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code or in any other connection with the chapter 11 case, or any manner related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is further

RESOLVED, that the Authorized Persons be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf and in the name of the LLC, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

There being no further matters to discuss, and upon motion duly made and seconded, the meeting was adjourned.

Candice Cheeseman
Secretary of the Meeting

## SCHEDULE A

1.    Williams Industrial Services Group, L.L.C.

2.    Global Power Professional Services, L.L.C.

3.    Braden Manufacturing, L.L.C.

4.    Deltak, L.L.C.

5.    Williams Industrial Services, L.L.C.

# United States Bankruptcy Court
### District of Delaware

In re   GLOBAL POWER EQUIPMENT GROUP INC. et. al.

Case No._____ .

Chapter\_\_\_11_____

Debtor(s)

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

    Following is a list of creditors holding the 30 largest unsecured claims, on a consolidated basis, against the above-captioned debtors (collectively, the "Debtors"). The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency claim places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission by, nor shall it be binding upon, the Debtors.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|---|
| 1. | Steelhead Investments Ltd. c/o HBK Investments L.P. Attn: Legal Department 300 Crescent Court, Suite 700 Dallas, TX 75201 | Steelhead Investments Ltd. c/o HBK Investments L.P. Attn: Legal Department 300 Crescent Court, Suite 700 Dallas, TX 75201 | Subordinate convertible debt | | $27,875,835 62 |
| 2. | Kings Road Investments Ltd. c/o Polygon Investment Partners LLP 598 Madison Avenue, 14th Floor New York, NY 10022 | Kings Road Investments Ltd. c/o Polygon Investment Partners LLP 598 Madison Avenue, 14th Floor New York, NY 10022<br><br>Attn: Brandon Jones | Subordinate convertible debt | | $27,875,835 62 |
| 3. | D.B. Zwirn Special Opportunities Fund, Ltd. c/o D.B. Zwirn & Co., L.P. 745 Fifth Avenue, 18th Floor New York, NY 10151 | D.B. Zwirn Special Opportunities Fund, Ltd. c/o D.B. Zwirn & Co., L.P. 745 Fifth Avenue, 18th Floor New York, NY 10151<br><br>Attn: Daniel B. Zwirn Perry A. Gruss | Subordinate convertible debt | | $6,194,630 14 |
| 4. | HCM/Z Special Opportunities LLC c/o D.B. Zwirn & Co., L.P. 745 Fifth Avenue, 18th Floor New York, NY 10151 | HCM/Z Special Opportunities LLC c/o D.B. Zwirn & Co., L.P. 745 Fifth Avenue, 18th Floor New York, NY 10151<br><br>Attn: Daniel B. Zwirn Perry A. Gruss | Subordinate convertible debt | | $6,194,630 14 |
| 5. | D.B. Zwirn Special Opportunities Fund, L.P. c/o D.B. Zwirn & Co., L.P. 745 Fifth Avenue, 18th Floor New York, NY 10151 | D.B. Zwirn Special Opportunities Fund, L.P. c/o D.B. Zwirn & Co., L.P. 745 Fifth Avenue, 18th Floor New York, NY 10151<br><br>Attn: Daniel B. Zwirn Perry A. Gruss | Subordinate convertible debt | | $3,097,315.07 |
| 6. | AARDING BV Industrieweg 59 8070 CS Nunspeet, Holland | AARDING BV Industrieweg 59 8070 CS Nunspeet, Holland<br><br>Norbet Pieterse Tel: 011-31-341-252635 Fax: 011-31-341-262112 E-mail: n.pieterse@ata-bv.com | Trade | | $2,142,966.00 |

| 7. | Tepat Teknik Sdn. Bhd.<br>Lot 1, Jalan Halba 16/16<br>40000 Shah Alam<br>Selangar Darul Ehsan, Malaysia | Tepat Teknik Sdn. Bhd.<br>Lot 1, Jalan Halba 16/16<br>40000 Shah Alam<br>Selangar Darul Ehsan, Malaysia<br><br>Mr. Yee Pak Chin<br>Tel: 011-(603) 5510-1721<br>Fax: 011-603-5510-1730<br>E-mail: nathan@tepatteknik.com | Trade | | $1,930,434 27 |
| 8. | Coen Company Inc./ DE Jong Coen B.V.<br>S Gravelandseweg 390<br>3125 BK Schiedam<br>Netherlands, 3125 BK | Coen Company Inc./ DE Jong Coen B.V.<br>S Gravelandseweg 390<br>3125 BK Schiedam<br>Netherlands, 3125 BK<br><br>Harry Soffers<br>E-mail: dejongcoen@dejong.nl<br>Tel: 31 (10) 446-9222<br>Fax: 31 (10) 415-4581<br><br>Coen Company, Inc.<br>Corporate Headquarters<br>1510 Tanforan Avenue<br>Woodland, California 95776  USA<br>Tel: 1 (530) 668-2100<br>Fax: 1 (530) 668-2171<br>E-mail: marketing@coen.com | Trade | | $1,607,197 10 |
| 9. | Scott Process Systems, Inc.<br>1160 Sunnyside St<br>Hartville, OH 44632-0548 | Scott Process Systems, Inc.<br>1160 Sunnyside St<br>Hartville, OH 44632-0548<br><br>Scott Mitchell<br>Tel: (330) 877-2350<br>Fax: (330) 877-1524<br>E-mail: smitchell@scottprocess.com | Trade | | $1,305,524 41 |
| 10. | Fan Group Inc.<br>1701 Terminal Rd.<br>Suite B<br>Niles, MI 49120 | Fan Group Inc.<br>1701 Terminal Rd.<br>Suite B<br>Niles, MI 49120<br><br>Tel: (269) 683-1150<br>Fax: (269) 683-2622<br>E-mail: jim.t.greenzweig@flaktwoods.com | Trade | | $1,199,459 40 |
| 11. | Turner Industries Group LLC<br>1700 S. Westport Drive<br>Port Allen, LA 70767 | Turner Industries Group LLC<br>1700 S. Westport Drive<br>Port Allen, LA 70767<br><br>Don Wendt<br>Tel: (225) 376-4157<br>Fax: (225) 376-4176<br><br>Corporate Headquarters<br>Turner Industries Group LLC<br>8687 United Plaza Blvd., 5th Floor<br>Baton Rouge, LA 70809<br>Tel: (225) 922-5050<br>Fax: (225) 922-5055<br>Email: tturner@turner-industries.com | Trade | | $1,176,147 86 |

| 12. | Edgen Alloy Products, LLC<br>3750 Stern Avenue<br>St. Charles, IL 60174 | Edgen Alloy Products, LLC<br>3750 Stern Avenue<br>St. Charles, IL 60174<br><br>Tel: (630) 584-2600<br>Fax: (630) 584-2877 | Trade | | $1,018,493.00 |
| 13. | Gerlach<br>Post bus 470 5600 AL<br>Eindhoven, Denmark | Gerlach<br>Post bus 470 5600 AL<br>Eindhoven, Denmark | Trade | | $870,836.00 |
| 14. | PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, NY 10017-6204 | PricewaterhouseCoopers LLP<br>300 Madison Avenue<br>New York, NY 10017-6204<br><br>PricewaterhouseCoopers LLP<br>Attn: David S. Colwell<br>6120 S. Yale, Suite 1850<br>Tulsa, OK 74136<br><br>Tel: (918) 524-1200<br>Fax: (918) 524-1300 | Trade | | $850,000.00 |
| 15. | Guangzhou Delsun Stl. Str. Co.<br>3- Jinxiu Road, West Section<br>Guangzhou Econ. Tech. Devl. Dist.<br>Guangzhou, Guandong, China 510730 | Guangzhou Delsun Stl. Str. Co.<br>3- Jinxiu Road, West Section<br>Guangzhou Econ. Tech. Devl. Dist.<br>Guangzhou, Guandong, China 510730<br><br>Nelson Yang<br>Tel: 8620822078818<br>Fax: 862082208029<br>Telex: 8613602736528 | Trade | | $847,456.60 |
| 16. | Edmonton Exchanger & Mfg Ltd.<br>5545 89 St<br>Edmonton, AB T6E 5W9 Canada | Edmonton Exchanger & Mfg Ltd.<br>5545 89 St<br>Edmonton, AB T6E 5W9 Canada<br><br>Edmonton Exchanger & Mfg Ltd.<br>c/o Rasmussen Co<br>240 Regency Court<br>Brookfield, WI 53045<br><br>Michael Bussiere<br>Phone: 780-468-6722<br>Fax: 780-466-5155<br>E-mail: trozak@edmontonexchanger.com | Trade | | $739,748.60 |
| 17. | McBride Electric Inc.<br>PO Box 51837<br>Los Angeles, CA 90051-6137 | McBride Electric Inc.<br>PO Box 51837<br>Los Angeles, CA 90051-6137<br><br>McBride Corporate Offices<br>6480 Weathers Place, Suite 340<br>San Diego, CA 92121<br><br>Tel: (858) 450-1414<br>Email: webinfo@mcbrideelectric.com | Trade | | $703,395.38 |
| 18. | Cormetech, Inc.<br>5000 International Drive<br>Durham, NC 27712 | Cormetech, Inc.<br>5000 International Drive<br>Durham, NC 27712<br><br>Nancy Stephenson<br>Tel: (919) 620-3000<br>Fax: (919) 620-3001<br>E-Mail: sales@cormetech.com | Trade | | $609,520.00 |

| 19. | Control Components Inc.<br>22591 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Control Components Inc.<br>22591 Avenida Empresa<br>Rancho Santa Margarita, CA 92688<br><br>Tel: (949) 858-1877<br>Fax: (949) 858-1878<br>E-mail: RPullen@ccivalve.com | Trade | | $495,750 00 |
| 20. | Emerachem LLC<br>2575 Cherahala Blvd.<br>Knoxville, TN 37932 | Emerachem LLC<br>2575 Cherahala Blvd.<br>Knoxville, TN 37932<br><br>Emerachem LLC<br>1729 Louisville Drive<br>Knoxville, TN 37921<br><br>Steven Decicco<br>Tel: (865)246-3000<br>Fax: (865)246-3001<br>E-mail: info@emerachem.com | Trade | | $492,048 80 |
| 21. | Fabricom GTI Major Projects BV<br>Apolloweg, 15 4782 SB<br>Moerdijk, The Netherlands | Fabricom GTI Major Projects BV<br>Apolloweg, 15 4782 SB<br>Moerdijk, The Netherlands<br><br>Joop Verbrugge<br>Tel: 31-168-384-100<br>Fax: 31-168-384-109 | Trade | | $465,540 00 |
| 22. | Cogburn Bros Inc.<br>3300 Faye Road<br>Jacksonville, FL 32226-2329 | Cogburn Bros. Inc.<br>3300 Faye Road<br>Jacksonville, FL 32226-2329<br><br>Tel: (904) 358-7344<br>Fax: (904) 358-2805 | Trade | | $457,993 04 |
| 23. | Englobal Systems Inc.<br>P.O. Box 671422<br>Dallas, TX 75267-1422 | Englobal Systems Inc.<br>P.O. Box 671422<br>Dallas, TX 75267-1422<br><br>654 N. Sam Houston Pkwy E<br>Suite 400<br>Houston, TX 77060-5914<br><br>Tel: (281) 878-1000<br>Fax: (281) 878-1010<br>mark.mateker@englobal.com | Trade | | $438,748 21 |
| 24. | Clarage<br>5959 Trention Lane N<br>Minneapolis, MN 55442 | Clarage<br>5959 Trention Lane N<br>Minneapolis, MN 55442<br><br>James A. Schick<br>Tel: (763)551-7600<br>Fax: (763) 551-7601<br>E-Mail: clarage_sales@clarage.com | Trade | | $430,165.98 |
| 25. | Stinnett & Associates<br>8801 South Yale<br>Suite 330<br>Tulsa, Oklahoma 74137 | Stinnett & Associates<br>8801 South Yale<br>Suite 330<br>Tulsa, Oklahoma 74137<br><br>Tel: (918) 728-3300<br>Fax: (918) 728-3301 | Trade | | $400,000 00 |

| 26. | APV North America Inc.<br>105 Crosspoint Pkwy<br>Getzville, NY 14068 | APV North America Inc.<br>105 Crosspoint Pkwy<br>Getzville, NY 14068<br>Attn: Liz Wheeler<br><br>Tel: (800) 828-7391<br>Fax: (716) 692-1715 | Trade | | $394,702.00 |
| 27. | Alstom<br>Estrada Nacional N10- Mitrena<br>Setubal, Portugal 2910-738 | Alstom<br>Estrada Nacional N10- Mitrena<br>Setubal, Portugal 2910-738<br><br>Luis Costa<br>Tel: 351-26-573-91-23<br>Fax: 351-26-573-92-23<br>Email: luis.costa@power.alstom.com | Trade | | $390,714.10 |
| 28. | Southeast Texas Ind Inc.<br>PO Box 1449<br>Buna, TX 77612 | Southeast Texas Ind Inc.<br>PO Box 1449<br>Buna, TX 77612<br><br>Tel: (800) 423-7173<br>Fax: (409) 994-5369 | Trade | | $387,881.02 |
| 29. | Basic Industries Inc.<br>9139 Wallisville Road<br>Houston, TX 77029 | Basic Industries Inc.<br>Dept 00<br>PO Box 1334<br>Houston, TX 77251-1334<br><br>Basic Industries Inc<br>9139 Wallisville Road<br>Houston, TX 77029<br><br>Daniel Donaldson<br>Tel: 713-671-9036<br>Fax: 713-675-8691<br>Email: daniel.donaldson@basicindustries.com | Trade | | $373,874.23 |
| 30. | Nicholson & Hall Corp.<br>41 Columbia Street<br>Buffalo, NY 14203 | Nicholson & Hall Corp.<br>41 Columbia Street<br>Buffalo, NY 14203<br><br>Mike Madia<br>mmadia@nicholson-hall.com<br>Tel: (716) 854-8100<br>Fax: (716) 854-3212 | Trade | | $373,497.34 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, _CANDICE CHROSEMAN_, as an authorized officer of each of the debtors in these chapter 11 cases, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information and belief.

Date  September 28, 2006          Signature  _Candice Chrossman_

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

MIAMI 675875 v3 (2K)